# In the United States District Court For the Northern District of Georgia Atlanta Division

Gregory Davis
Defendant

vs

Amalgamated Transit Union

Cases Numbers
1:22-CV-02770-JPB
2:23-CV-48



Petition For Writ of Mandamus to Compel Grievance-Arbitration Along With Original Application possible Punitive damages Relief, Injunction Relief.

For:
US District Court of Northern Georgia
Judge J.P. Buhlee

Pg 1/6

In the U.S. District Court of Northern and Southern Georgia Honorable Judge J.P. Buhlee along with Magistrate Judge Cheesebro and Judge Wood.

In this petition it is mandated that these parties along with ATU Local 732 move forward with post motions to Grievence-Arbitration (<u>1&8 Congress passed in 1925</u>)

Accounts

1. Judge J.P. Buhlee dismissing originel Application cant be frivolous because I am still and Employee in <u>Workmans Compensation</u> I have a right to <u>Due process</u> especially being a Union member for 20 yrs.

2. Judge J.P. Buhlee Refuses to Recognize "Good Faith" Document Filled in April of 2022 (Grievance Form = Arbitration)

3. Judge J.P. Buhlee/Northern Courts of Ga Refuse to Recognize the collective bargaining Contract stating a Employee can file Arbitration (without the presence of Union official)

4. Refuse to Order/Recognize Union officials, Trustees and Labor-Mgt are Fiduaries - Trustees and demand they Act under Breach of Duty and Contract.

5. Judge J.P. Buhlee Refuse to Act on his own words in last order May 2023 USC E4 Failure to Neglect or Refus to Anbithate.

   * Good Faith Document (USPS receipt)
   * AAA Letter

6. Not ordering ATU 732 Trustee Pat Giles and President Britt Dixons to use other methods if they don't arbitrate. Such as <u>bypass</u>/other resolutions mentioned on YouTube ATU-732 posted on TIKTOK.

The Southern Courts/Judge Cheesro/Woods so easily surrender transfer back to the Northern Courts in Georgia in the <u>so called Name of Justice</u>." The Northern Courts of Georgia has had gang on two years to render justice no excuses. That's why I went to them.

Main Issue

The <u>dockett</u> or the <u>caseload</u> wasn't a problem for Judge J.P. Buhlee <u>NOR Illness</u> on his behalf <u>The Southern Court took it off his hands in 3/23</u> period. No Excuses.

pg 4/6

Continue pg 4

Judge Cheesthy/Judge Wood issued a order for conference 26 immediatly But ATU732 and Marta, Judge J.P. Buhlee rather transfer it back to them so they can try to personally railroad myself. Went all the way! to Brunswick Georgia 300 hundred miles to influence the Southern District Court. All of a sudden Judge J.P. Buhlee can move forward to transfer my case under the influence of Local ATU732, ATU International Marta and Lord knows whoever into his hands but for a entire year could move forward to arbitrate my case and still not acting on my case Now! I ask the Court for punitive damages Immediatly because this was planned with Malice! by all parties mentiond. I'm a citizen of this Country Not a immigrent or Refugee I demand J.P. Buhlee act give myself justice. 20 Days

[signature] 7/30/23

pg 5/5

# Certificate of Service

I, GREGORY DAVIS, send copies of these documents to appossing defendants and attorneys, by USPS or Email (VIA)

7/30/23

To: ATU LOCAL 732
Transit Union
3234 Dogwood Dr.
Hapeville, GA 30354

Pg 6/6



```
7021 2720 0001 1108 7566
```

**UNITED STATES POSTAL SERVICE.**

CONLEY
1333 CEDAR GROVE RD
CONLEY, GA 30288-9998
(800)275-8777

04/11/2022                              10:20 AM

----------------------------------------

| Product | Qty | Unit Price | Price |
|---|---|---|---|
| Priority Mail® 1-Day 1 Window FR Env | | | $8.95 |

Atlanta, GA 30354
Flat Rate
Expected Delivery Date
    Tue 04/12/2022
Tracking #:
    9510 8112 5316 2101 2583 19

| Insurance | $0.00 |
|---|---|
| Up to $50.00 included | |
| Signature Confirm | $3.45 |
| Total | $12.40 |

| First-Class Mail® Letter | 1 | $0.58 |
|---|---|---|

Atlanta, GA 30354
Weight: 0 lb 0.60 oz
Estimated Delivery Date
    Wed 04/13/2022

| Certified Mail® | $3.75 |
|---|---|

Tracking #:
    70212720000111087528

| Total | $4.33 |
|---|---|

| First-Class Mail® Letter | 1 | $0.58 |
|---|---|---|

Atlanta, GA 30324
Weight: 0 lb 0.60 oz
Estimated Delivery Date
    Wed 04/13/2022

| Certified Mail® | $3.75 |
|---|---|

Tracking #:
    70212720000111087542

| Total | $4.33 |
|---|---|

| First-Class Mail® Letter | 1 | $0.58 |
|---|---|---|

Atlanta, GA 30324
Weight: 0 lb 0.60 oz
Estimated Delivery Date
    Wed 04/13/2022

| Certified Mail® | $3.75 |
|---|---|

Tracking #:
    70212720000111087566

| Total | $4.33 |
|---|---|

----------------------------------------

| Grand Total: | $25.39 |
|---|---|
| Cash | $50.00 |
| Change | -$24.61 |

----------------------------------------

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Every household in the U.S. is now
eligible to receive a second set
of 4 free test kits.
Go to www.covidtests.gov
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message

*(handwritten: "COPY USPS")*



## AMALGAMATED TRANSIT UNION
## LOCAL 732
"Freedom through Organization"

# Grievance

Grievance number _____   Page 1 of _3_

Name __GREGORY M. DAVIS__   Employee I.D. Badge __5233__   Date __4/4/22__

Address __4642 ERVEST DR__   City __Forest PK__ Zip __30897__

Home # __(7) 895-6165__   Cell Phone # __(7) 895-6165__   Shop Steward __Alfonso Harris__

Position __BUS OPERATOR__   Work Location __C-Division/Hamilton__

Superintendent/Supervisor __Lennie Be__  ____   Phone # _____

Nature of Grievance: ~~____~~ Re-instate benefits, etc and Re-retire

State Briefly and plainly all circumstances connected with case:

_____
_____
_____
_____
_____
_____
_____

*Additional information may be brought to step(s) hearings:*

**REMEDY:** _____
Re-instate her employment with MARTA; and to make her whole with any and all backpay, overtime, holiday pay, vacation pay, insurance benefits, pension contributions, seniority, and any benefits she would have been entitled to had her employment with the authority not been interrupted.

_____
_____

**SIGNATURE:** _[signature]_

*By signing above, I hereby authorize the Marta Transit Authority to release my employee record information to Local 732 or (appointee) Shop Steward _____ Yolanda Kin-Adams_____
ATU Officer Signature: ___Yolanda King-Adams_____   Date:   9/8/21

```
01 53 02 p m 06-22 2020    3
TO:  mr costa         FROM:   gregory davis     DATE:    20/06/22 13:55:16
```



AMERICAN ARBITRATION ASSOCIATION
INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION

1101 Laurel Oak Road, Suite 100
Voorhees, NJ 08043
Telephone: (856)435-6401

**RECEIVED**
ATU LEGAL DEPARTMENT

JUN 2 3 2020

December 5, 2017

Gregory Davis
4642 Ernest Drive
Forrest Park, GA 30297
Via Email to: mddist30297@yahoo.com

Tessa A. Warren, Esq.
Quinn, Connor, Weaver, Davies & Rouco
3516 Covington Hwy
Decatur, GA 30032
Via Email to: twarren@qcwdr.com

Case Number: 01-17-0006-8436

Gregory Davis
-vs-
Amalmagated Local 732

Dear Parties:

On November 28, 2017, claimant and respondent were notified that both parties were required to mutually authorize the AAA to administer this dispute. The claimant provided such authorization; however, the respondent declined. The filing deficiency has not been cured. Accordingly, we have administratively closed our file without prejudice.
We will refund any fees received under separate cover.

In the future should you decide to resubmit this matter, please provide all the requisite information along with the appropriate filing fee.

Pursuant to the AAA's current policy, in the normal course of our administration, the AAA may maintain certain electronic case documents in our electronic records system. Such electronic documents may not constitute a complete case file. Other than certain types of electronic case documents that the AAA maintains indefinitely, electronic case documents will be destroyed 18 months after the date of this letter.

Please email employmentfiling@adr.org if you have any questions, including questions about AAA's filing requirements.

Sincerely,

Employment Filing Team
employmentfiling@adr.org
Tel (856) 679-4610
Fax (877) 304-8457