# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| GREGORY M. DAVIS , <br><br> Plaintiff, <br><br> vs. <br><br> AMALGAMATED TRANSIT UNION, <br><br> Defendant. | CIVIL ACTION FILE <br><br> NO. 1:22-CV-02770-JPB |

## J U D G M E N T

This action having come before the court, Honorable J.P. Boulee, United States District Judge, for consideration, it is

**Ordered and Adjudged** that the action be **DISMISSED** for failure to state a claim for breach of duty of fair representation pursuant to 28 U.S.C. § 1915(e)(2).

Dated at Atlanta, Georgia, this 20th day of November, 2023.

KEVIN P. WEIMER
CLERK OF COURT

By:   s/ N. Bowen-Haider
N. Bowen-Haider, Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
November 20, 2023
Kevin P. Weimer
Clerk of Court

By:   s/ N. Bowen-Haider
       Deputy Clerk